#15015
#1015

In re:  CHAPTER 7 CASE NO. 05-93575

SIDNEY THOMAS TESKA  JUDGE RANDOLPH BAXTER
REGINA MCCLUNG TESKA

Debtor(s)

FILED 2010 APR 21 AM 11:17

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

Ohio Dept of Taxation (Claim #4)

Bankruptcy Div.

PO Box 530

Columbus OH 43216-0530

Replaces Ck. #1005 dated 1/8/10

Amount: $179.35

2. Your Trustee's Check No. 1015 for $179.35 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)